## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>[REDACTED],<br><br>    Defendant. | CASE NO.  8:14-cv-00649-RWT |

### MOTION FOR ENTRY OF CLERK'S DEFAULT
### PURSUANT TO FED.R.CIV.P 55(a)

Pursuant to Fed.R.Civ.P. 55(a), Plaintiff moves for the entry of a default against Defendant, [REDACTED], for failing to plead or otherwise defend this action as required by law.  Attached hereto as Exhibit A is the Declaration in Support of Request for Entry of Default. Attached hereto as Exhibit B is the proposed Entry of Default.

Dated:  November 9, 2015

Respectfully submitted,

By:  /s/ *Jon A. Hoppe*
Jon A. Hoppe, Esquire
Maddox, Hoppe, Hoofnagle &
    Hafey, L.L.C.
1401 Mercantile Lane #105
Largo, Maryland 20774
(301) 341-2580
jhoppe@mhhhlawfirm.com
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2015, I electronically filed the foregoing document with the Clerk of the Court and all parties using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that some of the participants in the case are not CM/ECF users.  I have mailed the foregoing document via U.S. Mail to the persons set forth in the Service List below.

> By:  /s/ *Jon A. Hoppe*
> Jon A. Hoppe

**Service List**

[REDACTED]
[REDACTED]
[REDACTED]