**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC

      Plaintiff,

      **v.**                                                  Civil Action No. 8:14-cv-00649-RWT

[REDACTED],

      Defendant.

_____/

**DECLARATION IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

I, Jon A. Hoppe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.     I am the attorney for the Plaintiff in this action.

2.     A Complaint was filed herein on March 6, 2014.

3.     On June 25, 2015, Plaintiff filed its Amended Complaint.

4.     Service of summons and Amended Complaint were obtained as follows:

| Defendant | Date of Service, Type of Service |
|---|---|
| [REDACTED] | July 26, 2015, Personal |

5.     More than twenty-one (21) days have elapsed since the Defendant, [REDACTED], in this action was served, and the Defendant [REDACTED] has failed to plead or otherwise defend this action as provided by the Federal Rules of Civil Procedure.

EXHIBIT A

## **DECLARATION**

**PURSUANT TO 28 § U.S.C. § 1746,** I hereby declare under penalty of perjury under

laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2015

/s/ *Jon A. Hoppe*
Attorney for Plaintiff

EXHIBIT A