**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC

    Plaintiff,

v.                                                                 Civil Action No. 8:14-cv-00649-RWT

[REDACTED],

    Defendant.

                                             /

## **ENTRY OF DEFAULT**

It appearing that the Complaint was filed in this case on March 6, 2014; that the Amended Complaint was filed on June 25, 2015; that the summons and Amended Complaint were duly served upon Defendant, [REDACTED] on July 26, 2015 and no answer or other pleadings have been filed by said Defendant as required by law;

Therefore, upon request of the Plaintiff, default is hereby entered against the Defendant, as provided in Rule 55(a), Federal Rules of Civil procedure.

                                                 By:_____
                                                       Deputy Clerk