**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MALIBU MEDIA, LLC

    Plaintiff,

v().                                          Civil Action No. 8:14-cv-00649-RWT

[REDACTED],

    Defendant.
_____/

## **AFFIDAVIT**

I, Jon A. Hoppe, declare under penalty of perjury that the following facts stated in this affidavit are within my personal knowledge and are true and correct.

1. I am the attorney for the Plaintiff in this action.

2. Defendant, [REDACTED], was served with Summons and Amended Complaint on July 26, 2015.

3. More than twenty-one (21) days have elapsed since the Defendant, [REDACTED] was served.

4. Defendant, [REDACTED], has failed to plead or otherwise defend Plaintiff's claims.

5. Defendant, [REDACTED], on information and belief, is not on active duty in the U.S. Military.

## **DECLARATION**

**PURSUANT TO 28 U.S.C. § 1746**, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 9th day of November, 2015

/s/ *Jon A. Hoppe*
Attorney for Plaintiff