# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Maryland

Case Number: 8:14-CV-00649-RWT

Plaintiff:
MALIBU MEDIA, LLC
vs.
Defendant:
████████████


PRS2015018342

For:
Jon Hoppe
COPYRIGHT
1401 Mercantile Ln
Ste 105
Largo, MD 20774

Received by PRIORITY PROCESS to be served on ████████████, ████████████████████████ ████████.

I, ARCHER SIERRA, being duly sworn, depose and say that on the 26th day of July, 2015 at 9:00 pm, I:

**INDIVIDUALLY/PERSONALLY** served defendant by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, AMENDED COMPLAINT-ACTION FOR DAMAGES FOR PROPERTY RIGHTS INFRINGEMENT** with the date and hour of service endorsed thereon by me, to: ████████████ at the address of: ████████████████████████ ████████████████████ and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 22, Sex: M, Race/Skin Color: FOREIGN, Height: 6'0, Weight: 160, Hair: BLACK, Glasses: Y

Under penalty of perjury, I certify that the above made statements are true. I am over the age of 18, under no legal disabilities and have no interest in the above action. I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

DYMOND SHONTERE
Notary Public, State of Maryland
County of Montgomery
My Commission Expires 3/20/2019

Subscribed and sworn to before me on 7/27/15 by the affiant who is personally known to me.

_Dymond Shontere_
Notary Public

ARCHER SIERRA
Process Server

PRIORITY PROCESS
P.O. Box 4189
Rockville, MD 20849-4189
(800) 420-8080

Our Job Serial Number: PRS-2015018342