# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC<br><br>v.<br><br>JOHN DOE | Case No. 8:14-cv-00649-RWT |

## [PROPOSED] ORDER

Upon review of Defendant's Motion to Set Aside Default, it is

ORDERED that the Clerk shall vacate any Default that may have been issued, or to the extent that no Default was entered, the Clerk shall not enter any Default against Defendant, and

ORDERED, that the Defendant's [Proposed] Answer, attached to the Motion to Set Aside Default, shall serve as Defendant's operative pleading in this matter.

_____
Judge, United States District Court