IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MALIBU MEDIA, LLC,** | * | |
| Plaintiff, | * | |
| v. | * | Case No. RWT 14-cv-649 |
| **JOHN DOE subscriber assigned IP address 71.178.189.98,** | * | |
| Defendant. | * | |

## ORDER

On March 6, 2014, Plaintiff filed a Complaint for Damages for Property Rights Infringement against Defendant "John Doe subscriber assigned IP address 71.178.189.98." ECF No. 1. Plaintiff filed an Amended Complaint on June 25, 2015. ECF No. 25. On November 9, 2015, Plaintiff moved for Entry of Clerk's Default Pursuant to Fed. R. Civ. P. 55(a) on the grounds that Defendant had failed to plead or otherwise defend the action. ECF No. 23. On November 16, 2015, Defendant filed a Motion to Set Aside Default, ECF No. 25, along with a proposed Answer to the Amended Complaint, ECF No. 25-1.

Defendant's motion is moot because the Clerk has not yet entered default against him. However, the Court will exercise its discretion to deny entry of default. *See, e.g., Dow v. Jones*, 232 F. Supp. 2d 491, 494 (D. Md. 2002). Defendant's motion stipulates that the parties had been "engaged in continued pursuance of good faith settlement negotiations" prior to the Plaintiff's filing of the Motion for Default. ECF No. 25, at 1. The Fourth Circuit has a "strong policy" that "cases be decided on their merits." *Id.* at 494–95 (citing *United States v. Shaffer Equip. Co.*, 11 F.3d 450, 453 (4th Cir. 1993)).

2

Accordingly, it is this 10th day of December, 2015, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion for Entry of Clerk's Default Pursuant to Fed. R. Civ. P. 55(a) (ECF No. 23) is hereby **DENIED**; and it is further

**ORDERED**, that Defendant's Motion to Set Aside Default (ECF No. 25) is hereby **DENIED** as moot; and it is further

**ORDERED**, that the Clerk is **DIRECTED** to enter Defendant's Answer (ECF No. 25-1) on the docket as of the date of this Order.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE