## U.S. DISTRICT COURT FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MALIBU MEDIA, LLC | |
| v. | 8:14-cv-00649-RWT |
| JOHN DOE | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Eric Menhart of Lexero Law on behalf of Defendant John Doe.

Respectfully submitted,

_____
Eric Menhart, Esq.
Lexero Law
316 F St NE, Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376) Ext. 101
Fax: 855-4-LEXERO (855-453-9376)
http://www.Lexero.com

## CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing all parties of record were served via ECF.

_____
Eric J. Menhart