# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                                                  **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                          **GREENBELT, MARYLAND   20770**
                                                                                                                **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Malibu Media, LLC v. John Doe subscriber assigned IP address 71.178.189.98*
                Civil Action No. RWT 14-649

DATE:     January 12, 2016

* * * * * * * *

A telephone status conference has been scheduled for ***January 21, 2016 at 4:00 p.m*** to discuss scheduling issues in this case. ***Counsel for the Plaintiff shall be responsible for initiating the call.***

Despite the informal nature of this memorandum, it shall constitute an Order of Court and be docketed accordingly.

                                                                        /s/
                                                                  Roger W. Titus
                                                                  United States District Judge