IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                          Civil Action No. 8:14-cv-00649-RWT

JOHN DOE, subscriber assigned IP address
71.178.189.98,

    Defendant.

### PLAINTIFF'S NOTICE OF SETTLEMENT WITH DEFENDANT JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, John Doe, subscriber assigned IP address 71.178.189.98 ("Defendant") through his counsel. Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated: February 18, 2016

                                  Respectfully submitted,

                                  By:   /s/ *Jon A. Hoppe*
                                  Jon A. Hoppe, Esquire
                                  jhoppe@mhhhlawfirm.com
                                  MADDOX, HOPPE, HOOFNAGLE &
                                  HAFEY, L.L.C.
                                  1401 Mercantile Lane #105
                                  Largo, Maryland 20774
                                  Phone: 301-341-2580
                                  *Attorney for Plaintiff*



"APPROVED" THIS 23rd DAY of February, 2016.
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Jon A. Hoppe
Jon A. Hoppe